IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02488-CMA-CBS

CEDRICK O. DUNN,

    Plaintiff,

v.

ANGELISSIA JONES,
Individually and as a Denver Police Department Officer,
ERNEST SANDOVAL,
Individually and as a Denver Police Department Officer,
BRANDON MORALES,
Individually and as a Denver Police Department Officer,
PAUL JOHNSON,
Individually and as a Denver Police Department Officer,
DENVER POLICE DEPARTMENT, and
CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed (Stipulated) Motion to Amend Scheduling Order to Permit Defendants to Endorse Experts Through June 15, 2009 (doc #20, filed 5/14/2009) is **GRANTED**. The Scheduling Order (doc #18) is hereby amended to permit Defendants to endorse an expert on Mr. Dunn's discharge and Navy discharge processes and procedures on or before June 15, 2009.

**DATED:**    May 15, 2009