IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02488-CMA-CBS

CEDRICK O. DUNN,

      Plaintiff,

v.

DENVER POLICE DEPARTMENT OFFICERS,
ANGELISSIA JONES,
ERNEST SANDOVAL,
BRANDON MORALES, and
PAUL JOHNSON, Individually and Severally,
DENVER POLICE DEPARTMENT, and
CITY AND COUNTY OF DENVER,

      Defendants.

---

**STIPULATED (UNOPPOSED) MOTION TO DISMISS WITH PREJUDICE DENVER POLICE DEPARTMENT OFFICERS, ANGELISSIA JONES, ERNEST SANDOVAL, BRANDON MORALES, PAUL JOHNSON, INDIVIDUALLY AND SEVERALLY, AND THE DENVER POLICE DEPARTMENT**

---

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel, hereby stipulate and agree to dismiss all of the Defendants (Angelissia Jones, Ernest Sandoval, Brandon Morales, Paul Johnson, the Denver Police Department) except the City and County of Denver with prejudice, with all parties to pay their own costs and attorneys fees.  As grounds therefore, the parties state to the Court that the Plaintiff is dismissing all of the Defendants with prejudice, except the City and County of Denver, and is proceeding only against the City and County of Denver.

Respectfully submitted this 19th day of May 2009.

**JOHN ECKHARDT**
Assistant City Attorney

By: /s/ John Eckhardt
John Eckhardt, Esq.
Denver City Attorney's Office
Litigation Section
201 West Colfax Avenue, Dept. 1108
Denver, CO 80202-5332
Telephone:  (720) 913-3298
FAX: 720-913-3182
E-mail: dlefiling.litigation@ci.denver.co.us
*Counsel for all Defendants*

**DAVID BRUNO, ESQ.**

By:  /s/ David Bruno
David Bruno, Esq.
BRUNO COLIN JEWELL & LOWE, P.C.
1560 Broadway, Suite 1099
Denver, CO  80202
Telephone:  (303) 831-1099
Facsimile: (303) 831-1088
Email:  dbruno@bcjlpc.com
*Counsel for Officers Angelissia Jones,*
*Ernest Sandoval, Brandon Morales, and*
*Paul Johnson, in their individual capacities*

**DOUGLAS LEO ROMERO, ESQ.**

By: /s/ Tim Edstrom
Douglas Leo Romero, Esq.
Tim Edstrom, Esq.
200 S. Sheridan, Blvd., Suite 150
Denver, CO 80226
Telephone:  (303) 934-7500
Facsimile:  (303) 934-0300
Email:
doug@coloradochristiandefensecounsel.com
timedstrom@hotmail.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE BY CM/ECF

I hereby certify that on the 19th day of May, 2009, the foregoing **STIPULATED (UNOPPOSED) MOTION TO DISMISS WITH PREJUDICE DENVER POLICE DEPARTMENT OFFICERS, ANGELISSIA JONES, ERNEST SANDOVAL, BRANDON MORALES, PAUL JOHNSON, INDIVIDUALLY AND SEVERALLY, AND THE DENVER POLICE DEPARTMENT** was filed with the Clerk of the Court using the CM/ECF system.

**Douglas Leo Romero, Esq.**
doug@coloradochristiandefensecounsel.com

**Tim Edstrom, Esq.**
timedstrom@hotmail.com

**David Bruno, Esq.**
dbruno@bcjlpc.com

                 _s/Marilyn Montoya
                 Marilyn Montoya
                 Legal Secretary
                 Denver City Attorney's Office