IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02488-CMA-CBS

CEDRICK O. DUNN,

    Plaintiff,

v.

ANGELISSIA JONES,
Individually and as a Denver Police Department Officer,
ERNEST SANDOVAL,
Individually and as a Denver Police Department Officer,
BRANDON MORALES,
Individually and as a Denver Police Department Officer,
PAUL JOHNSON,
Individually and as a Denver Police Department Officer,
DENVER POLICE DEPARTMENT, and
CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (*doc. no. 19)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 19-2)* is accepted by the court.

The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    May 20, 2009