**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02488-CMA-CBS

CEDRICK O. DUNN,

    Plaintiff,

v.

ANGELISSIA JONES, Individually and as a Denver Police Department Officer,
ERNEST SANDOVAL, Individually and as a Denver Police Department Officer,
BRANDON MORALES, Individually and as a Denver Police Department Officer,
PAUL JOHNSON, Individually and as a Denver Police Department Officer,
DENVER POLICE DEPARTMENT, and
CITY AND COUNTY OF DENVER,

    Defendants.

---

**ORDER OF DISMISSAL OF PARTIES WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (Doc. # 25). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that the motion be GRANTED and that Defendants Angelissia Jones, Ernest Sandoval, Brandon Morales, Paul Johnson and the Denver Police Department be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

The Court ORDERS that the caption of subsequent filings in this matter be changed to reflect that the City and County of Denver is the sole remaining defendant.

    DATED: May __22__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge